IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; CARLETON NELSON; JOHN DOES 1-20,<br><br>　　　　Defendants. | Case: 1:21-mc-00153<br>Assigned To : Unassigned<br>Assign. Date : 12/3/2021<br>Description: Misc.<br><br>CASE NO. 1:20-CV-484-LO-TCB |
| 800 HOYT LLC,<br><br>　　　　Intervening Interpleader Plaintiff,<br><br>v.<br><br>BRIAN WATSON, WDC HOLDINGS, LLC, PLW CAPITAL I, LLC, BW HOLDINGS, LLC, AMAZON.COM, INC., and AMAZON DATA SERVICES, INC.<br><br>　　　　Interpleader Defendants. | |

**NOTICE OF FILING OF COMPLAINT AND ORDER APPOINTING RECEIVER
PURSUANT TO 28 U.S.C. § 754**

By Order of the United States District Court for the Eastern District of Virginia, entered

on November 23, 2021 (the "Receivership Order"), Mark A. Roberts was appointed the receiver

RECEIVED
Mail Room

DEC - 3 2021

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

(the "Receiver") of WDC Holdings LLC dba Northstar Commercial Partners LLC ("WDC"), R. Brian Watson ("Watson" and collectively with WDC, the "Defendants"), and the Assets (as such term is defined in the Receivership Order).

Pursuant to 28 U.S.C. §754, the Receiver, by and through his counsel, hereby files copies of the following documents:

- Verified Complaint and Demand for Jury Trial (attached as Exhibit A); and
- Order Appointing Receiver and Ordering Turnover of Property to the Receiver (attached as Exhibit B).

Dated: December 1, 2021

Respectfully submitted,

Aaron G. McCollough
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Tel.: (312) 849-8256
Fax: (312) 698-4522
amccollough@mcguirewoods.com

*Attorney for the Receiver*

## Certificate of Service

I HEREBY CERTIFY that the foregoing NOTICE OF FILING OF COMPLAINT AND ORDER APPOINTING RECEIVER PURSUANT TO 28 U.S.C. §754 was served via U.S. mail to the following parties in this case:

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*

Elizabeth P. Papez
Patrick F. Stokes
Claudia M. Barrett
Michael R. Dziuban
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306

Veronica S. Moyé
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201

*Counsel for Defendants R. Brian Watson and WDC Holdings LLC*

Stanley L. Garnett
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO. 80202

Joel Laufer
Robinson Waters & O'Dorisio, P.C.
1099 18th Street
Suite 2600
Denver, Colorado 80202

Aaron G. McCollough